# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 21-4478 MRW | Date | June 21, 2021 |
| Title | Marcos Aguilar Neri v. Tracy Renaud | | |

**Present: The Honorable** Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**  **(IN CHAMBERS) ORDER DISMISSING CASE**

    Plaintiff filed a notice dismissing this case without prejudice. (Docket # 9.) This action is dismissed without prejudice.